UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YAMIL MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC,<br><br>    Defendant.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC dba ARIA,<br><br>    Counterclaimant,<br><br>v.<br><br>YAMIL MORALES aka YAMIL MORALES ARAMBURO,<br><br>    Counterdefendant. | Case No. 2:11-cv-02102-LRH-NJK<br><br>ORDER |

Aria Resort & Casino Holdings, LLC dba Aria ("Aria"), defendant and counterclaimant, filed its affidavit of renewal of judgment on February 4, 2020. ECF No. 58. No opposition has been filed.

This court granted summary judgment in favor of Aria and against Morales on February 7, 2014 (ECF No. 41), and the clerk entered judgment on February 10, 2014 (ECF No. 42). The Ninth Circuit affirmed the court's order on March 28, 2016. ECF Nos. 54 & 55. This court awarded costs and attorneys' fees (ECF Nos. 52 & 53), and costs were also taxed against Morales by the Ninth

Circuit (ECF No. 55). Aria's affidavit swears that as of February 3, 2020, Morales has failed to make any payments toward this judgment. ECF No. 58 ¶ 5.

To renew a judgment that has not been paid, the Nevada Revised Statutes ("NRS") § 17.214 requires a judgment creditor file an "Affidavit of Renewal of Judgment" with the "clerk of court where the judgment is entered and docketed, within 90 days before the date the judgment expires by limitation." "An action on a judgment or its renewal must be commenced within six years under NRS 11.190(1)(a); thus, a judgment expires by limitation in six years." *Leven v. Frey*, 168 P.3d 712, 715 (Nev. 2007); *O'Lane v. Spinney*, 874 P.2d 754, 755 (Nev. 1994) ("Judgment renewal is simple: the judgment creditor simply files an affidavit with the clerk of court where the judgment is entered within ninety days before the judgment expires.").

Here, because the court granted summary judgment in favor of Aria on February 7, 2014, Aria was required to file its affidavit after November 10, 2019, and before February 8, 2020. Aria's affidavit filed on February 4, 2020, therefore fits within this timeframe. Additionally, the court finds that it included all of the relevant statutory requirements.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Aria's affidavit of renewal of default judgment (ECF No. 58) is GRANTED. The JUDGMENT is renewed for an additional 6 years. *See O'Lane*, 974 P.2d at 755 (citing NRS § 17.214).

IT IS SO ORDERED.

DATED this 5th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE